ACCEPTED
03-14-00098-CV
3901011
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 3:13:00 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00098-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 3:13:00 PM
JEFFREY D. KYLE
Clerk

MACHETE'S CHOP SHOP, INC.,
*Appellant*,

v.

THE TEXAS FILM COMMISSION; HEATHER PAGE,
AS DIRECTOR OF THE TEXAS FILM COMMISSION; THE MUSIC, FILM,
TELEVISION, AND MULTIMEDIA OFFICE; OFFICE OF THE GOVERNOR;
AND GREG ABBOTT, AS GOVERNOR OF THE STATE OF TEXAS,
*Appellees*.

On Appeal from the 126th Judicial District Court
Travis County, Texas

## NOTICE OF AUTOMATIC SUBSTITUTION OF PUBLIC OFFICER

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 7.2(a), Appellees give notice that Greg Abbott succeeded Rick Perry as Governor of the State of Texas on January 20, 2015. Accordingly, the Appellees now should be designated "The Texas Film Commission; Heather Page, as Director of the Texas Film Commission; The Music, Film, Television, and Multimedia Office; Office of the Governor; and Greg Abbott, as Governor of the State of Texas."

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney
  General

JAMES E. DAVIS
Deputy Attorney General for
  Civil Litigation

SCOTT A. KELLER
Solicitor General

/s/ Rance Craft
RANCE CRAFT
Assistant Solicitor General
State Bar No. 24035655

ERIKA M. KANE
Assistant Attorney General
State Bar No. 24050850

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2872
(512) 474-2697 [fax]
rance.craft@texasattorneygeneral.gov

*Counsel for Appellees*

## CERTIFICATE OF SERVICE

On January 26, 2015, this **Notice of Automatic Substitution of Public Officer** was served by File & Serve Xpress on:

D. Todd Smith
SMITH LAW GROUP, P.C.
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746
todd@appealsplus.com

*Lead Counsel for Appellant*

/s/ Rance Craft
Rance Craft